

FILED
06/25/2020
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: DA 19-0734

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0734

WILLIAM SCOTT ROGERS, individually and on behalf of all others similarly situated,

Plaintiffs and Appellants,

v.

LEWIS & CLARK COUNTY, LEWIS & CLARK COUNTY SHERIFF'S OFFICE, LEO C. DUTTON in his capacity as Lewis & Clark County Sheriff, JASON GRIMMIS, in his capacity as Lewis & Clark County Undersheriff and former Captain for the Lewis & Clark County Detention Center, ALAN HUGHES, in his capacity as Captain for the Lewis & Clark Detention Center, JOHN and JANE DOES 1 through 50, in their capacity as Employees of the Lewis & Clark County Detention Center,

Defendants and Appellees.

FILED

JUN 2 4 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Pursuant to the Beebe & Flowers Law Firm's motion to withdraw as counsel for Appellants, and good cause appearing,

IT IS ORDERED that the Motion to Withdraw is GRANTED. The Court accepts the appearance of Doubek, Pyfer & Storrar, PLLP as counsel for Appellants.

DATED this 24 day of June, 2020.

For the Court,

Chief Justice